<u>CAUSE NO. 2:20-cv-00605-PHX-JJT</u>

| | | |
|---|---|---|
| SCOTTSDALE RESEARCH INSTITUTE, LLC, | § § | |
| **PLAINTIFF** | § § | IN THE   US DISTRICT COURT OF ARIZONA |
| VS. | § § § | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION AND UNITED STATES DEPARTMENT OF JUSTICE, | § § | |
| **DEFENDANT** | | |

<u>DECLARATION OF MAILING</u>

**On Monday, March 30, 2020 at 03:54 PM** - SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, CIVIL COVER SHEET, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, EXHIBIT 6, EXHIBIT 7, EXHIBIT 8, EXHIBIT 9, EXHIBIT 10, EXHIBIT 11, EXHIBIT 12, EXHIBIT 13, EXHIBIT 14, EXHIBIT 15, EXHIBIT 16, EXHIBIT 17, EXHIBIT 18, EXHIBIT 19, EXHIBIT 20, EXHIBIT 21, EXHIBIT 22, EXHIBIT 23, EXHIBIT 24, EXHIBIT 25, EXHIBIT 26, EXHIBIT 27, EXHIBIT 28, EXHIBIT 29, EXHIBIT 30, EXHIBIT 31 **CAME TO HAND.**

**ON Monday, April 6, 2020 at 10:20 AM** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **U.S. DRUG ENFORCEMENT ADMINISTRATION C/O WILLIAM BARR** AT **8701 MORRISSETTE DRIVE, SPRINGFIELD, FAIRFAX COUNTY, VA 22152** VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED.

**SEE ATTACHED CERTIFIED MAIL, GREEN CARD: TRACKING NUMBER # 70192970000105430093**

My name is Orlando M Ochoa. My address is 1201 Louisiana, Suite 370, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (PSC 12573, expires Thursday, April 30, 2020). My date of birth is August 15, 1975. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Tuesday, April 14, 2020.

**/S/ Orlando M Ochoa**

Client Reference#: SRI (FOIA)

DocID: 272251-006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DRUG ENFORCEMENT ADM. C/O WILLIAM BARR 8701 Morrissette Dr Springfield, VA 22152

9590 9402 5760 0003 7389 46

2. Article Number (Transfer from service label)

7019 2970 0001 0543 0093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): Smesus

C. Date of Delivery: 14/7/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt